**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533

Attorney for Defendant
**HECTOR PICHARDO UGALDE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05-CR-00317-AWI |
| ) | |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEY** |
| ) | |
| v. ) | |
| ) | |
| HECTOR PICHARDO UGALDE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, HECTOR PICHARDO UGALDE, hereby substitutes Nicholas F. Reyes, with law offices at 1107 "R" Street, Fresno, California 93721, in place and stead of the FEDERAL DEFENDER.

Dated: 10-5-05          /s/ Hector Pichardo
                        HECTOR PICHARDO UGALDE, Defendant

Dated: 10-5-05          /s/ Francine Zepeda
                        FEDERAL DEFENDER

I accept the above substitution.

Dated: 10-5-05          /s/ Nicholas F. Reyes
                        NICHOLAS F. REYES, ESQ.

IT IS SO ORDERED.

**Dated:    October 7, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE