**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**HECTOR PICHARDO UGALDE**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 05-CR-00317-AWI** |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. ) | |
| HECTOR PICHARDO UGALDE, ) | |
| Defendant. ) | |
| _____ ) | |

Defendant HECTOR PICHARDO UGALDE, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, VIRNA SANTOS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, February 26, 2007, at 9:00 a.m. be continued to Monday, March 5, 2007 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

1 | **IT IS SO STIPULATED**

Respectfully submitted,

Dated: 2-21-07                                   /s/ Nicholas F. Reyes
                                                 NICHOLAS F. REYES
                                                 Attorney for Defendant
                                                 HECTOR PICHARDO UGALDE

**IT IS SO STIPULATED**

Dated: 2-21-07                                   /s/ Virna Santos
                                                 VIRNA SANTOS
                                                 Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:    February 23, 2007**              /s/ **Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE