**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533

Attorney for Defendant
**HECTOR PICHARDO UGALDE**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 05-CR-00317-AWI** |
| ) | |
| ) | **STIPULATION FOR RELEASE** |
| Plaintiff, ) | **OF BOND** |
| ) | |
| v. ) | |
| ) | |
| HECTOR PICHARDO UGALDE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant HECTOR PICHARDO UGALDE, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through MARK E. CULLERS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the monetary funds posted as bond by Jose Pichardo for the release of defendant Hector Pichardo Ugalde be released and returned to Jose Pichardo. Defendant was never released from custody once the bond was posted.

**IT IS SO STIPULATED**

                                                Respectfully submitted,

Dated: February 25, 2008           /s/Nicholas F. Reyes
                                            NICHOLAS F. REYES
                                            Attorney for Defendant
                                            HECTOR PICHARDO UGALDE

**IT IS SO STIPULATED**

Dated: February 25, 2008           /s/ Mark E. Cullers
                                            MARK E. CULLERS
                                            Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

**Dated:   February 25, 2008**           **/s/ Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE